JOSEPH J. MINIOZA, SBN 197379
JESSE A. BOYD, SBN 254894
ERICKSEN ARBUTHNOT
2300 Clayton Road, Suite 350
Concord, California 94520
Telephone: (510) 832-7770
Facsimile: (510) 832-0102
jminioza@ericksenarbuthnot.com
jboyd@ericksenarbuthnot.com

Attorneys for Defendant,
ARTECH, L.L.C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIGID POLING, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>ARTECH L.L.C.,<br><br>Defendants. | Case No.: 3:20-cv-07630-LB<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATED MOTION TO STAY ALL DEADLINES PENDING DETERMINATION OF MOTIONS TO APPROVE SETTLEMENT** |

## NOTICE OF CONDITIONAL SETTLEMENT

Plaintiff Brigid Poling, individually and on behalf of all others similarly situated ("Plaintiff") and Artech, L.L.C. ("Defendant") (collectively the "Parties") respectfully give the Court notice that they have reached a settlement in principle in the above-captioned matter conditioned on approval of the settlement by the Court.

## STIPULATED MOTION TO STAY DEADLINES

The Parties hereby move for an order staying all deadlines in the above-captioned matter pending determination of their planned motions for preliminary and final approval of a

NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATED MOTION TO STAY ALL
DEADLINES PENDING DETERMINATION OF MOTIONS TO APPROVE SETTLEMENT

CASE NO. 3:20-cv-07630-LB                                                                                          Page **1** of 4

1  contemplated class-wide settlement ("Instant Motion").  Good cause exists to grant the Instant
2  Motion as follows:

3      1.    The Parties attended mediation with the Honorable Edward A. Infante (Ret.) on
4  June 28, 2021 and reached agreement on terms of a proposed class-wide settlement potentially
5  encompassing more than 30,000 current and former employees of Defendant whose personally
6  identifiable information may have been accessible to unauthorized third-parties due to a
7  ransomware attack on Defendant's servers between and including January 5 and January 8, 2020.

8      2.    The terms of the proposed settlement were the result of good-faith, arms-length
9  negotiations.

10      3.    The proposed nationwide class-action settlement agreement is contingent upon
11  final approval by the Court, and the Parties have reserved all claims, rights, defenses, and
12  arguments should the agreement not receive final approval.

13      4.    The Parties expect to be able to execute a final settlement agreement and file a
14  Joint Motion for Preliminary Approval of that agreement by July 28, 2021, with a Joint Motion
15  for Final Approval to be filed thereafter as applicable, appropriate and reasonable.

16      5.    Maintaining existing deadlines in the above-captioned matter while the settlement
17  approval process is ongoing would result in an unnecessary expenditure of time and funds by the
18  Parties and the Court, and be contrary to the policies of encouraging settlement and conserving
19  judicial resources.

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /

28

NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATED MOTION TO STAY ALL
DEADLINES PENDING DETERMINATION OF MOTIONS TO APPROVE SETTLEMENT

CASE NO. 3:20-cv-07630-LB     Page **2** of **4**

1   For the reasons outlined above, the Parties respectfully request that the Court order all
2   pending deadlines in the above-captioned action, aside from those established by the Court in
3   ruling on this motion, be stayed pending the Court's determination of the Parties' planned motions
4   for preliminary and/or final approval of the proposed class-action settlement agreement.

Respectfully submitted,

DATED: July 8, 2021  **ERICKSEN ARBUTHNOT**

By:   /s/ Jesse A. Boyd
     Jesse A. Boyd
     jboyd@ericksenarbuthnot.com

By:   /s/ Andrew J. Chan
     Andrew J. Chan
     achan@ericksenarbuthnot.com

*Attorneys Specially-appearing for Defendant Artech L.L.C.*

DATED: July 8, 2021  **GREEN & NOBLIN, P.C.**

By:   /s/ Robert S. Green
     Robert S. Green

James Robert Noblin
Evan M. Sumer
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  gnecf@classcounsel.com

/ / /

/ / /

**NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATED MOTION TO STAY ALL DEADLINES PENDING DETERMINATION OF MOTIONS TO APPROVE SETTLEMENT**

CASE NO. 3:20-cv-07630-LB                                                                                                           Page **3** of **4**

| | | |
|---|---|---|
| 1 | DATED: July 8, 2021 | **ABINGTON COLE + ELLERY** |
| 2 | | |
| 3 | | By:  /s/ Cornelius P. Dukelow |
| 4 | | Cornelius P. Dukelow* |
| 5 | | Oklahoma Bar No. 19086 |
| 6 | | **ABINGTON COLE + ELLERY** |
|   | | 320 South Boston Avenue |
| 7 | | Suite 1130 |
|   | | Tulsa, Oklahoma 74103 |
| 8 | | Tel/Fax:   918.588.3400 |
|   | | Email: *cdukelow@abingtonlaw.com* |
| 9 | | |
| 10 | DATED: July 8, 2021 | **FEDERMAN & SHERWOOD** |
| 11 | | |
| 12 | | By:  /s/ William B. Federman |
| 13 | | William B. Federman* |
| 14 | | 10205 N. Pennsylvania Ave. |
|    | | Oklahoma City, OK 73120 |
| 15 | | Telephone: (405) 235-1560 |
|    | | Facsimile: (405) 239-2112 |
| 16 | | Email:  *wbf@federmanlaw.com* |
| 17 | | *Admitted *Pro Hac Vice* |
| 18 | | |
| 19 | | Counsel for Plaintiff and the Proposed Class |

**NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATED MOTION TO STAY ALL DEADLINES PENDING DETERMINATION OF MOTIONS TO APPROVE SETTLEMENT**

CASE NO. 3:20-cv-07630-LB                                                                                          Page **4** of **4**