1 | JOSEPH J. MINIOZA, SBN 197379
JESSE A. BOYD, SBN 254894
2 | ERICKSEN ARBUTHNOT
2300 Clayton Road, Suite 350
3 | Concord, California 94520
Telephone: (510) 832-7770
4 | Facsimile: (510) 832-0102
jminioza@ericksenarbuthnot.com
5 | jboyd@ericksenarbuthnot.com

6 | Attorneys for Defendant,
ARTECH, L.L.C.

7

8 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
9 | **SAN FRANCISCO DIVISION**

10

11 | BRIGID POLING, individually and on | Case No.: 3:20-cv-07630-LB
behalf of all others similarly situated and on
12 | behalf of the general public, | **[proposed] ORDER GRANTING**
**STIPULATED MOTION TO STAY**
13 | | **ALL DEADLINES PENDING**
Plaintiff, | **DETERMINATION OF MOTIONS**
14 | | **TO APPROVE SETTLEMENT**
vs.
15
ARTECH L.L.C.,
16
Defendants.
17

18

19

20 | **ORDER**

21 | THIS MATTER came before the Court with notice that Plaintiff Brigid Poling,

22 | individually and on behalf of all others similarly situated ("Plaintiff") and Artech, L.L.C.

23 | ("Defendant") (collectively the "Parties") had reached a conditional settlement in the above-

24 | captioned matter, and upon the Parties' stipulated joint motion to stay all deadlines in the above-

25 | captioned matter pending determination of the Parties' planned motions for preliminary and/or

26 | final approval of their proposed settlement.  Having considered the submission of the Parties,

27 | and finding good cause therefore, and with the exception of those established herein, all

28

ORDER GRANTING STIPULATED MOTION TO STAY ALL DEADLINES PENDING
DETERMINATION OF MOTIONS TO APPROVE SETTLEMENT
CASE NO. 3:20-cv-07630-LB                                                        Page **1** of **2**

1  deadlines in the above-captioned matter (including responsive pleading deadlines) are hereby

2  STAYED except as otherwise ordered by the Court,

3

4  It is further ORDERED:

5      1.  The Parties shall file a motion for preliminary approval of the proposed class-action

6  settlement on or before July 28, 2021.

7      2.  Should the stay established by this order be lifted, Defendant shall have fourteen (14)

8  days from the date of the order lifting the stay to file a responsive pleading.

9

10  **SO ORDERED.**

11

12  DATED:                                        _____

13                                                Hon. Magistrate Judge Laurel Beeler
                                                  United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28