**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRIGID POLING, *et al.,* individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ARTECH L.L.C.,<br><br>　　　　　Defendant. | Case No.: 3:20-cv-07630-LB<br><br>**[~~PROPOSED~~] ORDER EXTENDING DEADLINE**<br><br>Magistrate Judge Laurel Beeler |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

The deadline to file the Motion for Preliminary Approval of the Proposed Class Action Settlement is extended seven (7) calendar days to August 4, 2021.

**IT IS SO ORDERED.**

DATED: July 28, 2021

_____
Hon. Magistrate Judge Laurel Beeler
United States Magistrate Judge