Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
Evan M. Sumer (State Bar No. 329181)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

William B. Federman, admitted *pro hac vice*
*wbf@federmanlaw.com*
Oklahoma Bar No. 2853
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIGID POLING and DWIGHT JENKINS, individually and on behalf of all others similarly situated and on behalf of the general public, <br><br> Plaintiffs, <br><br> vs. <br><br> ARTECH L.L.C., <br><br> Defendant. | Case No.: 3:20-cv-07630-LB <br><br> [proposed] **ORDER REVISING AND ADDING ADDITIONAL DEADLINES TO ORDER AMENDING PROCEDURES FOR FINAL APPROVAL HEARING AND DEADLINES SET IN PRELIMINARY APPROVAL ORDER (ECF No. 43) (ECF No. 47)** |

THIS MATTER came before the Court pursuant to the stipulation and request by the Parties in the above-captioned action to revise and add additional deadlines to the Order Amending Procedures for Final Approval Hearing and Deadlines Set in Preliminary Approval Order (ECF No. 43) (ECF No. 47). Having considered the submissions of the Parties, and finding good cause therefore, additional deadlines are added and/or revised and the Procedures for Final Approval and associated deadlines are hereby set as follows:

| Event | Date |
|---|---|
| Filing of the Order Amending Procedures for Final Approval Hearing and Deadlines | October 29, 2021 |
| Last day for Settlement Administrator to Mail Class Notice to Settlement Class Members | No later than 30 calendar days after entry of the Order |
| Last day to submit Motion for Final Approval | No later than 35 calendar days before the Final Approval Hearing |
| Last day for Class Members to submit claim forms | No later than 90 calendar days after Notice Deadline |
| Last day to object to or opt out of the settlement | No later than 40 calendar days after Notice Deadline |
| Last day to submit Motion for Attorney's Fees, Costs, and Service or Incentive Awards | No later than 35 calendar days before the opt-out and objection deadlines |
| Last day to object or comment on the settlement | No later than 40 calendar days after Notice Deadline |
| Last day to submit requests for exclusion | No later than 40 calendar days after Notice Deadline |
| Last day to file responses in opposition to Motion for Attorney's Fees, Costs, and Service or Incentive awards and to Motion for Final Approval | No later than 14 calendar days after the filing of the Motion for Final Approval |
| Last day to file replies in support of Final Approval, Service Awards, and Fee Requests | No later than 7 calendar days after the filing of the responses in opposition to the Motion for Final Approval and Motion for Attorney's Fees, Costs, and Service or Incentive Awards |
| Final Approval Hearing | February 10, 2021 at 9:30 a.m. (which is at least 30 days after Notice Deadline) |

Except as amended by this order, the Preliminary Approval Order (ECF No. 43) remains in full force and effect.

**SO ORDERED.**

DATED:  December 15, 2021

_____
Hon. Magistrate Judge Laurel Beeler
United States Magistrate Judge